UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

```
FILED: MAY 01, 2008
08CV2484        AEE
JUDGE LEFKOW
MAGISTRATE JUDGE BROWN
```

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the Northern District of Illinois.

**Plaintiff(s):** UNITED STATES OF AMERICA

County of Residence:

Plaintiff's Atty: MELISSA A. CHILDS
Assistant U.S. Attorney
219 South Dearborn St.
Chicago, IL  60604
312/ 353-5331

**Defendant(s):** Gary F. Huck and Susan M. Huck

17235 West Simpson road
Wadsworth, IL  60083

County of Residence: LAKE COUNTY

Defendant's Atty:

---

<u>II. Basis of Jurisdiction</u>:  1  U.S. Gov't Plaintiff

<u>III. Citizenship of Principle Parties</u> **(Diversity Cases Only)**
    Plaintiff:  - N/A
    Defendant: - N/A

<u>IV: Origin</u>:  **1. Original Proceeding**

<u>V: Nature of Suit</u>:  **190**

<u>VI: Cause of Action</u>:  **HUD Title I Loan Default**

<u>VII: Requested in Complaint</u>
    Class Action:  No
    Dollar Demand:  **$34,474.27**
    Jury Demand:  No

<u>VIII.</u> This case **Is Not** a refiling of a previously dismissed case.  (If yes case number ___ by Judge___)

---

Signature:  s/Melissa A. Childs

Date:   April 30, 2008

Revised: 03/10/99