UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>            Plaintiff, )<br>  )<br>       v. )<br>  )<br>GARY F. HUCK AND SUSAN M. HUCK, )<br>  )<br>            Defendants, )<br>  )<br>  ) | No.  08 C 2484<br><br>Judge Joan H. Lefkow |

### NOTICE OF MOTION

To:    See attached service list.

PLEASE TAKE NOTICE that on July 31, 2008 at 9:30 a.m. at the opening of Court or as soon thereafter as counsel may be heard, I will appear before Judge Lefkow in the courtroom usually occupied by her in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in her place and stead, and then and there present the attached Motion For Default Judgment, at which time and place you may appear, if you see fit.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Melissa A. Childs
  MELISSA A. CHILDS
  Assistant United States Attorney
  219 South Dearborn Street
  Chicago, Illinois  60604
  (312) 353-5331
  melissa.childs@usdoj.gov

## CERTIFICATE OF SERVICE

      The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

>UNITED STATES' MOTION FOR DEFAULT JUDGMENT and
>Notice of Motion

were served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by first-class mail on July 23, 2008, to the following non-ECF filers:

Gary F. Huck and
Susan M. Huck
17235 West Simpson Road
Wadsworth, IL  60083


      By: s/ Melissa A. Childs
      MELISSA A. CHILDS
      Assistant United States Attorney
      219 South Dearborn Street
      Chicago, Illinois  60604
      (312) 353-5331
      melissa.childs@usdoj.gov