Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2484 | **DATE** | 7/31/2008 |
| **CASE TITLE** | USA vs. Huck | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiff's motion for default judgment [6] is granted. Enter Order of Judgment by Default. Judgment entered in favor of the USA and against defendants Gary F. and Susan M. Huck in the amount of $34,867.31 plus interest and costs. Civil Case Terminated.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:01

FILED
2008 AUG -4 AM 8:10
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | MD |
|---|---|---|