

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 08 C 2484 |
| v. ) | |
| ) | Judge Joan H. Lefkow |
| GARY F. HUCK AND SUSAN M. HUCK, ) | |
| ) | |
| Defendants. ) | |

**ORDER OF JUDGMENT BY DEFAULT**

This matter coming to be heard on the motion of the United States, and the Court finding that it has jurisdiction over the subject matter and the parties, and that the allegations of the complaint and the motion for entry of judgment by default are well taken;

IT IS ORDERED that judgment is entered in favor of the United States, and against the defendants, Gary F. and Susan M. Huck, in the amount of $34,867.31, plus prejudgment interest from July 23, 2008 to the date of entry of judgment at the rate of 5.0% per year, and costs, with interest accruing from the date of judgment at the legal postjudgment rate.

ENTER:

_____
United States District Judge

JUL 31 2008